# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

## CASE NO. 4:19-CR-167-RSB-CLR

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**CATHY L. BAGLEY,**

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION

THIS MATTER came before the Court upon Defendant's Motion for Leave of Court for Unavailability of Counsel and the Court otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Counsel for the defendant shall have an excused leave of absence on October 14, 18, 21 and 24 - 28, 2019; November 12, 2019; and, February 12 -17, 2020.

DONE AND ORDERED in Savannah, Georgia this 15th day of October 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia